UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REA.DEEMING BEAUTY, INC.,

                    Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT,

                    Defendants.

Case No. 1:26-cv-03235 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court will hold a virtual hearing to discuss Plaintiff's application for a preliminary injunction and temporary restraining order and related motions, *see* Dkts. 7-14, on **April 24, 2026**, at **12:30 p.m.** via Microsoft Teams. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone conference ID: 703 806 747#.

Dated: April 22, 2026
       New York, New York

                          SO ORDERED.

                          JENNIFER L. ROCHON
                          United States District Judge