UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REA.DEEMING BEAUTY INC.,

                    Plaintiff,

          -against-

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT, et al.,

                    Defendants.

Case No. 1:26-cv-03235 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has been advised by the Clerk of Court that, on June 9, 2026, an individual named Mehmet Emin Yavuz attempted to file a document consenting to electronic service of notices and documents in the above-captioned case. The Court presumes that Mr. Yavuz is connected to Defendant YAVUZ LLC. However, individuals cannot appear on behalf of corporate entities such as LLCs. *See Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998) ("[A] lay person may not represent a corporation or a partnership[.]"). Accordingly, the Clerk of Court is respectfully directed not to accept Mr. Yavuz's filing. Any such filing must be made by an attorney representing YAVUZ LLC. If Mr. Yavuz is, himself, an attorney, he must file a notice of appearance and establish that he is admitted to practice in this Court. *See Nudelman v. Raviv*, No. 26-cv-01390 (JAV), 2026 WL 906247, at *1 (S.D.N.Y. Apr. 2, 2026) ("Because [defendant] does not indicate that he is an attorney admitted to practice in this Court, he cannot act on behalf of [co-defendant LLC] without counsel, even if he is the sole member of the LLC.").

Dated: June 17, 2026
       New York, New York

                                  SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge